IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR23 |
| | ) | |
| JEREMY TORPY, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

    Before the Court is defendant's Motion to File Under Seal [28]. Good cause being shown, the motion will be granted. Defendant is given leave to file the substance abuse evaluation under seal.

    IT IS SO ORDERED.

    DATED this 27th day of February, 2006.

                                                   BY THE COURT:

                                                   s/ F.A. Gossett
                                                   United States Magistrate Judge