IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR23 |
| | ) | |
| JEREMY TORPY, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

    Before the Court is defendant's Motion to Reopen Detention [27]. I find that Pretrial Services should investigate the defendant's proposed release plan and provide the Court with a report on or before March 15, 2006.

    IT IS SO ORDERED.

    DATED this 3rd day of March, 2006.

                                           BY THE COURT:

                                           s/ F.A. Gossett
                                           United States Magistrate Judge