IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06 CR 23 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER RELEASING** |
| v. | ) | **DEFENDANT FROM CUSTODY** |
| | ) | **AND CONTINUING DISPOSITION** |
| JEREMY TORPY, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, Jeremy Torpy, by and through his attorney, Jessica P. Douglas, has filed a motion requesting release from custody on July 13, 2009 to attend in-patient treatment. All parties agree to the Defendant's release. The parties further agree that disposition should be continued to allow the Defendant to complete the in-patient program at the Stephen Center HERO program.

Therefore, the Court finds that the Defendant shall be release on July 13th, 2009 and transported by a member of the Federal Public Defender's office. Further, the Court orders that if the Defendant attempts to leave the treatment program before completion, the Court be notified immediately. The Court further finds that disposition of this case shall be continued until **October 7, 2009 at 1:00 p.m..**

DATED this 10th day of July, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge